In the Matter of VINCENT SCUDERI, Appellant. ISIDORE PENN and CARVIN BOTTLE CAP CORPORATION et al., Respondents.—

On this phase of the case the petition and affidavits present disputed questions of fact. Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ., concur.